THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA R. FRIDDLE, | CASE NO. C19-0224-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to allow Plaintiff to file an amended complaint (Dkt. No. 14). Finding good cause, the Court ENTERS the parties' stipulation. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff is allowed to amend and file her complaint as set forth in Exhibit 1 (Dkt. No. 14 at 4–15) attached to the parties' stipulation. Plaintiff shall file and serve her amended complaint within 14 days of the issuance of this order. Defendant shall respond to the amended complaint within 21 days of its filing. The parties are DIRECTED to notify the Court if they wish to terminate Defendant's pending motion to dismiss (Dkt. No. 6).

//

1       DATED this 21st day of May 2019.

2                                               William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk